**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Thompson, | ) Case No. 10-cv-01027-MHM |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| Creditone, LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

     **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

     **RESPECTFULLY SUBMITTED** this 16th day of June, 2010.

               By:<u>**s/Marshall Meyers**</u>
                   **Marshall Meyers**
                   **WEISBERG & MEYERS, LLC**
                   **5025 North Central Ave., #602**
                   **Phoenix, AZ 85012**
                   **602 445 9819**
                   **866 565 1327 facsimile**
                   **mmeyers@AttorneysForConsumers.com**
                   **Attorney for Plaintiff**

Filed electronically on this 16th day of June, 2010, with:

United States District Court CM/ECF system

By: s/Tremain Davis
     Tremain Davis